**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

H. C. a minor under the age of 18 years by his
Mother and Father, his Guardians and Meredith McDowell-
Choate and Barry Choate, individually

       Plaintiffs,                       ELECTRONICALLY FILED

-against-                                Civil Action No.: 7:24-cv-03570 (NSR)

Pawling Central School District,
Pawling MIddle School,
Board of Education of Pawling Central School District, and
Kim Fontana, Superintendent of Pawling Central School District

       Defendants.

_____

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS AND/OR STRIKE**

_____

LAW OFFICE OF ANDREW S. LANGSAM, PLLC
ATTORNEY FOR PLAINTIFFS
*H.C., BARRY CHOATE,*
*MERIDITH MC-DOWELL CHOATE*
28 LIMESTONE ROAD
ARMONK, NEW YORK 10504
TEL: 614 450 6651
ASLANGSAM@GMAIL.COM

---

Pltfs' motion is DENIED as this document was incorrectly filed as a motion instead of an opposition to Defts' motion. Pltfs' are directed to refile this Memorandum in Opposition and link it to Defts' motion at ECF No. 12. Clerk of Court is requested to terminate this motion at ECF No. 11.
Dated: White Plains, NY
         October 15, 2024

SO ORDERED:

*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2024